FILED
2009 DEC 10 PM 1:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___AF___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERTO SANCHEZ, ) <br>    aka "theSkilled1," ) <br>    aka "SkillfulGil," ) <br>    aka "Skillz101," ) <br>    aka "SkillyGilly," ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | CR No. CR 09 01281 <br><br> **I N D I C T M E N T** <br><br> [17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. § 2319(a), (d)(1): Uploading Copyrighted Work Being Prepared for Commercial Distribution] |

The Grand Jury charges:

[17 U.S.C. § 506(a)(1)(C) and 18 U.S.C. § 2319(a), (d)(1)]

On or about March 31, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant GILBERTO SANCHEZ, also known as ("aka") "theSkilled1," aka "SkillfulGil," aka "Skillz101," and aka "SkillyGilly," did willfully infringe the copyright of a copyrighted work by the distribution of a work being prepared for commercial

LEF:WLH

distribution, by making the motion picture "X-Men Origins: Wolverine" available on www.Megaupload.com, a computer network accessible to members of the public, when he knew and should have known that the work was intended for commercial distribution.

A TRUE BILL

/s/
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

*Daniel A. Goodman, Asst U.S. Atty*
*Deputy Chief, Criminal Division For:*
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber & Intellectual Property Crimes Section

LISA E. FELDMAN
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section