**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 09-01281 MMM | Date | December 16, 2011 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | None |

| ANEL HUERTA | N/A | Lisa Feldmam |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Gilberto Sanchez | NOT | | ✗ | Asal Akhondzadeh | NOT | ✗ | |

**Proceedings:**   **Order re Sentencing Issue**

   The government argues that third party uploads are "relevant conduct" that can be considered and used to support application of an enhancement for infringement amount. The court requests that the parties be prepared to address at the hearing on Monday, December 19, 2011, whether, the third party uploads "occurred during the commission of the offense of conviction," as required by USSG § 1B1.3(a)(1). The court does not wish to have further papers filed.